**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>          Plaintiffs,<br><br>     v.<br><br>RE/MAX, LLC, RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br><br>          Defendants. | Case No. 2:24-cv-4114<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant RE/MAX, LLC ("RML") declares that it is a limited liability company in the State of Delaware that maintains its headquarters and principal place of business in Colorado, and is a wholly owned subsidiary of RMCO, LLC ("RMCO").

RMCO is a limited liability company organized in the State of Delaware that maintains its headquarters and principal place of business in Colorado. A minority of RMCO's membership units are owned by RIHI, Inc. ("RIHI"), and a majority of RMCO's membership units are owned by RE/MAX Holdings, Inc. ("RMHI").

RIHI is a corporation incorporated in the State of Delaware that maintains its headquarters and principal place of business in Colorado.

RMHI is publicly traded corporation incorporated in the State of Delaware that maintains its headquarters and principal place of business in Colorado. RMHI owns over 10% of RMCO's membership units.

| | |
|---|---|
| Dated: March 22, 2024 | Respectfully Submitted |
| | */s/ Lauri A. Mazzuchetti* <br> Lauri A. Mazzuchetti <br> Whitney M. Smith <br> Aaron J. Gold <br> KELLEY DRYE & WARREN LLP <br> One Jefferson Road, 2nd Floor <br> Parsippany, NJ 07054 <br> Tel: (973) 503-5900 <br> Fax: (973) 503-5950 <br> lmazzuchetti@kelleydrye.com <br> wsmith@kelleydrye.com <br> agold@kelleydrye.com <br><br> *Counsel for Defendant* <br> *RE/MAX, LLC* |