AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., ) | |
| *Plaintiffs* ) | |
| v. ) | Case No. 2:24-cv-4114 |
| RE/MAX, LLC, et al. ) | |
| *Defendants* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Re/Max, LLC                                                                                                      .

Date:   03/22/2024                                             /s/ Lauri A. Mazzuchetti
                                                                          *Attorney's signature*

                                                              Lauri A. Mazzuchetti (N.J. #038481999)
                                                                *Printed name and bar number*
                                                              Kelley Drye & Warren LLP
                                                              One Jefferson Road
                                                              2nd Floor
                                                              Parsippany, NJ 07054
                                                                          *Address*

                                                              LMazzuchetti@KelleyDrye.com
                                                                        *E-mail address*

                                                              (973) 503-5910
                                                                      *Telephone number*

                                                              (973) 503-5950
                                                                         *FAX number*