AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al.,<br>*Plaintiffs*<br>v.<br>RE/MAX, LLC, et al.<br>*Defendants* | )<br>)<br>)  Case No.  2:24-cv-4114<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Re/Max, LLC.

Date:  03/22/2024

/s/ Aaron J. Gold
*Attorney's signature*

Aaron J. Gold (N.J. #154952015)
*Printed name and bar number*

Kelley Drye & Warren LLP
One Jefferson Road
2nd Floor
Parsippany, NJ 07054
*Address*

AGold@KelleyDrye.com
*E-mail address*

(212) 808-7614
*Telephone number*

(212) 808-7897
*FAX number*