AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of New Jersey

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, et al., ) | |
| *Plaintiffs* ) | |
| v. ) | Case No. 2:24-cv-4114 |
| RE/MAX, LLC, et al. ) | |
| *Defendants* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant Re/Max, LLC    .

Date:  03/22/2024              /s/ Whitney M. Smith
                                *Attorney's signature*

                          Whitney M. Smith (N.J. #035552006)
                          *Printed name and bar number*
                          Kelley Drye & Warren LLP
                          One Jefferson Road
                          2nd Floor
                          Parsippany, NJ 07054
                          *Address*

                          WSmith@KelleyDrye.com
                          *E-mail address*

                          (973) 503-5923
                          *Telephone number*

                          (973) 503-5950
                          *FAX number*