**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are covered persons*, JANE DOE-1, *a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>RE/MAX, LLC, RICHARD ROES 1–10, *fictitious names of unknown individuals* and ABC COMPANIES 1–10, *fictitious names of unknown entities*,<br><br>    Defendants. | Case No. 2:24-cv-4114-MEF-JBC |

**APPLICATION FOR CLERK'S ORDER**
**EXTENDING TIME UNDER LOCAL RULE 6.1(b)**

RE/MAX, LLC ("RML") herby applies for a Clerk's Order under Local Rule 6.1(b) extending by 14 days the time within which RML may answer, move, or otherwise respond to the Complaint filed by Plaintiffs herein. (*See* ECF No. 1-2) RML represents that:

1.   RML has not sought, or obtained, a previous extension of time to answer, move, or otherwise respond to the Complaint.

1

2. RML removed this above-captioned action to this Court on March 22, 2024.

3. Under Federal Rule of Civil Procedure 81(c)(2) and Federal Rule of Civil Procedure 6(a)(1)(C), the time to answer, move, or otherwise respond to the Complaint expires on April 1, 2024.

4. RML respectfully requests a 14-day extension of time within which to answer, plead, or otherwise respond to the Complaint—*i.e.*, until April 15, 2024.

Dated: March 25, 2024                                   Respectfully Submitted,

*/s/ Lauri A. Mazzuchetti*
Lauri A. Mazzuchetti
Whitney M. Smith
Aaron J. Gold
KELLEY DRYE & WARREN LLP
One Jefferson Road, 2nd Floor
Parsippany, NJ 07054
Tel: (973) 503-5900
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com
wsmith@kelleydrye.com
agold@kelleydrye.com

*Counsel for Defendant
RE/MAX, LLC*

# **ORDER**

The application is ORDERED GRANTED; the time within which defendant RML must answer, move or otherwise respond to the Complaint is extended to April 15, 2024.

ORDER DATED: _____

                                                                Deputy Clerk

## **CERTIFICATE OF SERVICE**

 I hereby certify that on March 25, 2024, the foregoing was filed electronically. The parties may access this filing through the Court's system. A copy was served via U.S. mail and email on the following:

| | |
|---|---|
| Rajiv D. Parikh<br>Genova Burns LLC<br>494 Broad Street<br>Newark, NJ 07102<br>rparikh@genovaburns.com<br>keinhorn@genovaburns.com | John A. Yanchunis<br>Ryan J. McGee<br>Morgan & Morgan<br>201 N. Franklin Street,<br>7th Floor<br>Tampa, FL 33602<br>jyanchunis@forthepeople.com<br>rmcgee@forethepeople.com |

            */s/ Lauri A. Mazzuchetti*
            Lauri A. Mazzuchetti