

**Lauri A. Mazzuchetti**

Kelley Drye & Warren LLP
One Jefferson Road
Parsippany, NJ 07054

Tel: (973) 503-5910
Fax: (973) 503-5950
lmazzuchetti@kelleydrye.com

June 10, 2024

**Via ECF**

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
    Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

     Re: *Atlas Data Privacy Corp., et al.* **v.** *RE/MAX, LLC et al.*, No. 24-cv-4114
         **Joinder in Defendants' Consolidated Motion to Dismiss Plaintiffs' Complaint**

Dear Judge Bartle:

     This firm represents RE/MAX, LLC ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, which was filed today under ECF No. 27 in the action captioned as *Atlas Data Privacy Corporation, et al.* v. *Lightbox Parent, L.P., et al.*, No. 1:24-cv-4105-HB (D.N.J.) (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

                                             Respectfully submitted,

                                             Lauri A. Mazzuchetti

cc:     Counsel of Record (via ECF)