# UNITED STATES DISTRICT COURT
## FOR THE District of New Jersey [LIVE]
## Camden, NJ

ATLAS DATA PRIVACY CORPORATION,
et al.

Plaintiff,

v.

Case No.: 1:24–cv–04114–HB
Judge Harvey Bartle (EDPA),
III

RE/MAX, LLC, et al.

Defendant.

Clerk, Superior Court of New Jersey
Bergen County Justice Center
10 Main Street
Hackensack, NJ 07601

State No: BER L 000871 24

**Dear Clerk of Court:**

Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

Very truly yours,

CLERK OF COURT
By Deputy Clerk, lm

encl.
cc: All Counsel